ACCEPTED
03-14-00714-CV
3654932
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:14:14 PM
JEFFREY D. KYLE
CLERK

**Cause No. 03-14-00714-CV**

**IN THE AUSTIN COURT OF APPEALS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 4:14:14 PM
JEFFREY D. KYLE
Clerk

**On Appeal from the 98th Judicial District Court of Travis County**
**Cause Number No. D-1-GN-12-002467**

**KEVIN TARR,**

**Appellant,**

**v.**

**LANTANA SOUTHWEST HOMEOWNERS' ASSOCIATION, INC.,**

**Appellee.**

### *AGREED* MOTION TO EXTEND TIME

Pursuant to Rule 10.5 of the Texas Rules of Appellate Procedure, Appellant, Kevin Tarr, files this *Agreed* Motion to Extend Time, and ask that this Court allow him an additional 30 days to file his Appellant's Brief.

Currently, Appellant's Brief is due on or before Wednesday, January 14, 2015. *See* Tex. R. App. P. 10.5(b)(1)(A). Appellant seeks a 30-day extension to file his Brief. *See* Tex. R. App. P. 10.5(b)(1)(B).

Among others, Appellant seeks this extension because he and his current attorneys have jointly decided that it is in Appellant's best interests that his current attorneys no longer represent Appellant on this appeal. *See* Tex. R. App. P. 10.5(b)(1)(C). Accordingly, a Motion to Withdrawal as Counsel of Record for Appellant has been filed today.

No other extensions have been sought or granted with regard to the deadline to file Appellant's Brief. *See* Tex. R. App. P. 10.5(b)(1)(D).

## PRAYER

Based on the foregoing, Appellant respectfully requests that this Court grant this *Agreed* Motion to Extend Time, and allow Appellant an additional 30 days by which to file his Brief, making the deadline for Appellant to file his Brief Friday, February 13, 2015.

Respectfully submitted,

SIMON HERBERT & MCCLELLAND, LLP

By: */s/ Paul Simon*
  Paul Simon
  State Bar No. 24003276
  Rachel Berkley
  State Bar No. 24082684
3411 Richmond Avenue, Suite 400
Houston, Texas 77046
(713) 987-7100 (phone)
(713) 987-7120 (fax)

**ATTORNEYS FOR APPELLANT,
KEVIN TARR**

## CERTIFICATE OF CONFERENCE

I certify that, on January 5, 2015, I conferred with counsel for Appellee, and he has *AGREED* to the relief sought herein.

*/s/ Paul Simon*
Paul Simon

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2015, a copy of the foregoing was delivered in a manner prescribed by the Texas Rules of Appellate Procedure to:

*Via Email: ggodkin@rmwbhlaw.com*

Greg Godkin
Roberts Markel Weinberg Butler Hailey PC
111 Congress Plaza, Suite 1620
Austin, Texas 78701
**Attorney for Appellee, Lantana**
**Southwest Homeowners' Ass'n, Inc.**


*Via Email: kevin_tarr@yahoo.com; CMRRR # 7014 1200 0001 9112 1338; & Regular Mail*

Mr. Kevin Tarr
7817 Oteka Cove
Austin, Texas 78735-18252
**Appellant**

/s/ Paul Simon
Paul Simon